IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

QUINCY HAMILTON                                                                                    PLAINTIFF

V.                                        4:06CV00613-WRW/BD

FAULKNER COUNTY DETENTION CENTER, *et al.*                           DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Complaint (# 1) is DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of February, 2007.


/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE